# United States Court of Appeals
## For the First Circuit

No. 20-1632

JOAN OQUENDO

Plaintiff - Appellant

v.

COSTCO WHOLESALE CORPORATION, d/b/a Costco Wholesale #365

Defendant - Appellee

**MANDATE**

Entered: May 20, 2021

    In accordance with the judgment of April 29, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Vicente J. Antonetti
Luis F. Antonetti-Zequeira Sr.
Humberto Felix Cobo-Estrella
Gabriel A. Quintero-O'Neill